**Eusebio Rafael AVILES,**
**Plaintiff—Appellant,**

v.

**H. HUANG; et al., Defendants—**
**Appellees.**

**No. 03–16349.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Eusebio Rafael Aviles, pro se, Tahachapi, CA, for Plaintiff–Appellant.

No appearance, for Defendants–Appellees.

Before: FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM **

Eusebio Rafael Aviles ("plaintiff") appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various prison officials and medical personnel violated his First, Eighth and Fourteenth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim, *Resnick v. Hayes* 213 F.3d 443, 447 (9th Cir.2000), and affirm.

The district court did not err in dismissing plaintiff's Eighth Amendment claims because plaintiff's difference of opinion with the prison doctors concerning the treatment he received cannot form the basis of a claim of deliberate indifference to serious medical needs. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996). The district court properly dismissed plaintiff's First and Fourteenth Amendment claims against prison officials because these claims are premised on a finding of deliberate indifference. The district court did not err in dismissing plaintiff's claims based on supervisory liability because there is no respondeat superior liability under section 1983. *See Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989).

The district court did not abuse its discretion in denying Aviles's motion for appointment of counsel because exceptional circumstances were not present in this case. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. The motion for a stay of deportation pending review is denied.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.